LAWRENCE G. BROWN
Acting U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO.  06-325-DAD |
| Plaintiff, ) | |
| v. ) | |
| ) | MOTION TO DISMISS |
| MIGUEL SOTO-ENRIQUEZ, ) | AND ORDER |
| Defendant. ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against Soto-Enriquez.

DATED: January 23, 2009                LAWRENCE G. BROWN
                                       Acting U.S. Attorney
                                           /s/Michelle Rodriguez
                                       By _____
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 06-325-dad against defendant Soto-Enriquez is GRANTED.

DATED: January 26, 2009
                                       /s/ Gregory G. Hollows
                                       U.S. Magistrate Judge

soto-enriquez.ord